IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MELVIN KELLUM, | § | |
| | § | No. 370, 2024 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Superior Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | C.A. No. N24M-02-095 |
| HON. FERRIS G. WHARTON, | § | |
| HON. ALAN G. DAVIS, HON. | § | |
| KENNETH S. CLARK, JR., HON. | § | |
| KATHLEEN JENNINGS, HON. | § | |
| KEVIN O'CONNELL, HON. | § | |
| TERRA TAYLOR, TIMOTHY G. | § | |
| WILLARD, ESQ., JEFFREY | § | |
| HORVATH, COL. MELISSA | § | |
| ZEBLEY, and DR. JAMES D. | § | |
| WILSON, | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | | |

Submitted: May 16, 2025
Decided: July 10, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated August 5, 2024, dismissing the petition for a writ of mandamus.[1]

---

[1] *Kellum v. Wharton*, 2024 WL 3649529 (Del. Super. Ct. Aug. 25, 2024).

NOW, THEREFORE, IT IS ORDERED, that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice